# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Juan Manuel Villa** | CASE INFORMATION: **Conspiracy to Distribute Fentanyl** |

JUVENILE: No

PUBLIC or SEALED  Public

SERVICE TYPE:  Warrant

(Summons/ Warrant/ Notice)

ISSUE: Yes

INTERPRETER: No

If YES, language:

RELATED COMPLAINT:  No

CASE NUMBER:

**U.S. COURTS**

JUL 2 5 2023

Rcvd_____ Filed_____ Time_____

STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**CR - 2 3 - 0 0 1 9 4 S -**

County of Offense:  **Twin Falls**

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony:      **Yes**       Class A Misdemeanor: _____

Class B or C Misdemeanor: _____
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846** | **ONE** | **Conspiracy to Distribute Fentanyl** | **At least 10 years and up to life imprisonment, up to a $10,000,000 fine, at least 5 years supervised release, $100 special assessment** |
| **21 U.S.C. § 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2** | **TWO** | **Possession with Intent to Distribute Fentanyl** | **At least 10 years and up to life imprisonment, up to a $10,000,000 fine, at least 5 years supervised release, $100 special assessment** |
| **21 U.S.C. § 853** | **FORFEITURE** | **Drug Forfeiture** | **Forfeiture of listed property** |

Date: _____25 July 2023_____

Assistant U.S. Attorneys:  FRANCIS J. ZEBARI, CHRISTOPHER S. ATWOOD

Telephone No.:  (208) 334-1211

# CRIMINAL COVERSHEET

| | | |
|---|---|---|
| DEFENDANT'S NAME: **Tyson Greene Mitchell** | CASE INFORMATION: | **Conspiracy to Distribute Fentanyl** |

JUVENILE: No
PUBLIC or SEALED  Public
SERVICE TYPE:  Warrant
(Summons/ Warrant/ Notice)
ISSUE: Yes
INTERPRETER: No
If YES, language:

U.S. COURTS

JUL 25 2023

Rcvd____ Filed____ Time___
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

RELATED COMPLAINT:  No
CASE NUMBER:

**CR-23-00194S-**

County of Offense: **Twin Falls**

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony:  **Yes**          Class A Misdemeanor: _____

Class B or C Misdemeanor: _____
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846** | **ONE** | **Conspiracy to Distribute Fentanyl** | **At least 10 years and up to life imprisonment, up to a $10,000,000 fine, at least 5 years supervised release, $100 special assessment** |
| **21 U.S.C. § 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2** | **TWO** | **Possession with Intent to Distribute Fentanyl** | **At least 10 years and up to life imprisonment, up to a $10,000,000 fine, at least 5 years supervised release, $100 special assessment** |
| **21 U.S.C. § 853** | **FORFEITURE** | **Drug Forfeiture** | **Forfeiture of listed property** |

Date: ____25 July 2023____

Assistant U.S. Attorneys:  FRANCIS J. ZEBARI,
CHRISTOPHER S. ATWOOD
Telephone No.:  (208) 334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Kevin C. Sermon** | CASE INFORMATION: **Conspiracy to Distribute Fentanyl** |

JUVENILE: No
PUBLIC or SEALED  Public
SERVICE TYPE:  Warrant
(Summons/ Warrant/ Notice)
ISSUE: Yes
INTERPRETER: No
If YES, language:

U.S. COURTS

JUL 2 5 2023

Rcvd _____ Filed _O̶K̶_ Time 3:30
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

RELATED COMPLAINT:  No
CASE NUMBER:
**CR - 2 3 - 0 0 1 9 4 S -**

County of Offense: **Twin Falls**

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony:  **Yes**       Class A Misdemeanor: _____

Class B or C Misdemeanor: _____
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846** | **ONE** | **Conspiracy to Distribute Fentanyl** | **At least 10 years and up to life imprisonment, up to a $10,000,000 fine, at least 5 years supervised release, $100 special assessment** |
| **21 U.S.C. § 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2** | **TWO** | **Possession with Intent to Distribute Fentanyl** | **At least 10 years and up to life imprisonment, up to a $10,000,000 fine, at least 5 years supervised release, $100 special assessment** |
| **21 U.S.C. § 853** | **FORFEITURE** | **Drug Forfeiture** | **Forfeiture of listed property** |

Date: _____ 25 July 2023 _____

Assistant U.S. Attorneys:  FRANCIS J. ZEBARI,
CHRISTOPHER S. ATWOOD
Telephone No.:  (208) 334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Patricia Gail Gomez** | CASE INFORMATION: **Conspiracy to Distribute Fentanyl** |

JUVENILE: No

PUBLIC or SEALED: Public

SERVICE TYPE: Warrant

(Summons/ Warrant/ Notice)

ISSUE: Yes

INTERPRETER: No

If YES, language:

U.S. COURTS

JUL 2 5 2023

Rcvd_____ Filed ____ Time 330

STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

RELATED COMPLAINT: No

CASE NUMBER:

**CR-23-00194 S-**

County of Offense: **Twin Falls**

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony: **Yes**        Class A Misdemeanor:

Class B or C Misdemeanor:

(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846** | **ONE** | **Conspiracy to Distribute Fentanyl** | **Up to 20 years of imprisonment, up to a $1,000,000 fine, at least 3 years supervised release, $100 special assessment** |
| **21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2** | **TWO** | **Possession with Intent to Distribute Fentanyl** | **Up to 20 years of imprisonment, up to a $1,000,000 fine, at least 3 years supervised release, $100 special assessment** |
| **21 U.S.C. § 853** | **FORFEITURE** | **Drug Forfeiture** | **Forfeiture of listed property** |

Date: _____ 25 July 2023 _____

Assistant U.S. Attorneys: FRANCIS J. ZEBARI, CHRISTOPHER S. ATWOOD

Telephone No.: (208) 334-1211

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Summer Lynn Jones** | CASE INFORMATION: **Conspiracy to Distribute Fentanyl** |

JUVENILE: No
PUBLIC or SEALED  Public
SERVICE TYPE:  Warrant
(Summons/ Warrant/ Notice)
ISSUE: Yes
INTERPRETER: No
If YES, language:

U.S. COURTS

JUL 2 5 2023

Rcvd_____ Filed ____ Time 330pm
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

RELATED COMPLAINT: No

CASE NUMBER:
CR-23-00194S-

County of Offense: **Twin Falls**

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony:  **Yes**          Class A Misdemeanor: _____

Class B or C Misdemeanor: _____
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 | ONE | **Conspiracy to Distribute Fentanyl** | **Up to 20 years of imprisonment, up to a $1,000,000 fine, at least 3 years supervised release, $100 special assessment** |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2 | TWO | **Possession with Intent to Distribute Fentanyl** | **Up to 20 years of imprisonment, up to a $1,000,000 fine, at least 3 years supervised release, $100 special assessment** |
| 21 U.S.C. § 853 | FORFEITURE | **Drug Forfeiture** | **Forfeiture of listed property** |

Date: _____25 July 2023_____

Assistant U.S. Attorneys:  FRANCIS J. ZEBARI,
CHRISTOPHER S. ATWOOD

Telephone No.:  (208) 334-1211